IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| In Re: | | Case No.: 03-47741-abf-13 |
|---|---|---|
| Angel Cherie Stricklen<br>Po Box 681562<br>Kansas City, MO  64168 | SSN(1): XXX-XX-7659 | Judge Arthur B. Federman<br>June 14, 2008 |

### TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

RICHARD V. FINK, TRUSTEE, for the above case, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC Section 1302(b)(1).

Any response to the notice must be filed with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at https://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  If you received this notice via fax, e-mail, or EDI, it may not be docketed with the U.S. Bankruptcy Court for 1-3 business days.  If the debtor's counsel is not registered for electronic filing, you must serve the response by mail.  If a response is timely filed, the Court will either rule the matter based on the pleadings or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest.  If you have questions about this document, contact your attorney.

1. The case was filed on December 15, 2003 and confirmed on March 11, 2004.  The case was subsequently discharged under 11 U.S.C. Section 1328(b) on December 17, 2007.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $17,690.00.

3. The trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| **Secured** | | | | | |
| Americredit Financial Svcs | Secured | $7,647.50 | $7,647.50 | $1,101.81 | $8,749.31 |
| | | Account: XXXXXXXXXX6 | | | |
| **Priority** | | | | | |
| Clay County Collector | State/Local Taxes | $334.01 | $89.90 | $0.00 | $89.90 |
| | | Account: | | | |
| Clay County Collector | State/Local Taxes | $856.60 | $230.55 | $0.00 | $230.55 |
| | | Account: | | | |
| Internal Revenue Service | Federal Taxes | $9,888.85 | $2,500.17 | $0.00 | $2,500.17 |
| | | Account: 7659 | | | |

| Creditor Name | Class | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| **Priority** | | | | | |
| Kansas Dept Of Revenue | State/Local Taxes | $1,834.79 | $119.52 | $0.00 | $119.52 |
| | | Account: XXXXXXX3391 | | | |
| Missouri Department Of Re | State/Local Taxes | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| **Unsecured** | | | | | |
| Acn Communication Svc In | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Advance America | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Allied Interstate Inc | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| American Payday Loan | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Americredit Financial Svcs | General Unsecured | $14,189.54 | $0.00 | $0.00 | $0.00 |
| | | Account: XXXXXXXXXXX6 | | | |
| Anesthesiology Chartered | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Ap Taliaferro Md | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Argosy Casino | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Associates Female Care Pa | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Associates For Female Car | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Atmos Energy Corporation | General Unsecured | $596.91 | $0.00 | $0.00 | $0.00 |
| | | Account: XXXXXXXXXXXX | | | |
| Bennett & Deloney | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Bidwell Walker Klemm Md | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Board Of Public Utilities | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |

| Creditor Name | Class | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| **Unsecured** | | | | | |
| Business Revenue System | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Capital One Bank | General Unsecured | $443.55 | $0.00 | $0.00 | $0.00 |
| | | Account: XXXXXXXXXXXX | | | |
| Caremark | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Cash & Dash | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Certegy Check Svc | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Computer Cr Inc | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Corbin Medical Group | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Corbin Medical Group | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Credit Collection Services | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Credit World Services | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Direct Tv | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Douglas National Bank | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Dr Waldscmidt | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Executive Consultants | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Farmers Ins Grp Of Cos | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Firestone | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Focus Recievables Manage | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |

| Creditor Name | Class | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| General Acct Serv | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| George R Chance Md | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Getz Prescription Shop | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Gp Temple Church | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Greelely Gas | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Harrahs | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Hca Physician Services | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Health Midwest | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Heart Of America Surgery C | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Heartland Family Dentistry | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Hospital Hill Health Svc | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Hsm & Co | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Internal Revenue Service | General Unsecured | $4,914.34 | $0.00 | $0.00 | $0.00 |
| | | Account: 7659 | | | |
| Isle Of Capri Kc | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| J Martin Klemm | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Joy A Johnson Md | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Kansas City Credit Svcs | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |

JM       /Final Report

| Creditor Name | Class | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| **Unsecured** | | | | | |
| Kansas Counselors | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Kansas Dept Of Revenue | General Unsecured | $393.43 | $0.00 | $0.00 | $0.00 |
| | | Account: XXXXXXX3391 | | | |
| Kansas University | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Kck Dental Office Assoc | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Kcp&L | General Unsecured | $163.39 | $0.00 | $0.00 | $0.00 |
| | | Account: XXXXXX2575 | | | |
| Ku Medical Ctr | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Laboratory Corp Of America | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Lca Collections | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Leavenworth Kc Imaging Pa | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Marlin Llc | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Mary Linda Hughes | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Medical Fine Dpm Pc | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Metropolital Multispeciality | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Michael Waddell Dc | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Midwest Anesthesia Associ | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Missouri Gas Energy | General Unsecured | $39.20 | $0.00 | $0.00 | $0.00 |
| | | Account: XXXXXX6008 | | | |
| Mmpg Ks | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |

| Creditor Name | Class | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| National Action Financial S | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| National Cash Advance | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Neighborhood Built By Mci | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Northland Oral & Maxillofac | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Novacare Rehabilitation | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Orthopaedic Professional A | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Pain Rehab Products Inc | General Unsecured | $874.75 | $0.00 | $0.00 | $0.00 |
| | | Account: XXXAN00 | | | |
| Physical Medicine & Rehab | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Physician Reference Lab | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Pmg Financial Resources I | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Price Chopper | General Unsecured | $293.57 | $0.00 | $0.00 | $0.00 |
| | | Account: XXXXXXXX2101 | | | |
| Providence Emergency Phy | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Providence Medical Center | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Quik Trip | General Unsecured | $193.01 | $0.00 | $0.00 | $0.00 |
| | | Account: XXXXXXXX1432 | | | |
| Rainbow Loan | General Unsecured | $1,753.50 | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Ralph E Lewis Ii Esq | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Reginald W Hall Md | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |

| Creditor Name | Class | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Richard F Beamon | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Robert G Urie Phd | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Salvatore Spinelli Esq | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Security Finance | General Unsecured | $650.00 | $0.00 | $0.00 | $0.00 |
| | | Account: XXXX3783 | | | |
| Sfc Central Bankrupt | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Shawnee Mission Medical C | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Sloan Listrom Eisenbarth S | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Southwestern Bell | General Unsecured | $419.46 | $0.00 | $0.00 | $0.00 |
| | | Account: XXXXXXXXX630 | | | |
| Susan Bratcher | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Sycamore Hills | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Sycamore Hills | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| T Mobile Wireless | General Unsecured | $652.85 | $0.00 | $0.00 | $0.00 |
| | | Account: XXXXXXXXX150 | | | |
| The Cbe Group | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Thomas J Bono Dds | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Time Warner | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Time Warner Cable | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |
| Tinys Quik Cash | General Unsecured | Not Filed | $0.00 | $0.00 | $0.00 |
| | | Account: | | | |

| Creditor Name | Class | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| **Unsecured** | | | | | |
| Truman Medical Center | General Unsecured Account: | Not Filed | $0.00 | $0.00 | $0.00 |
| United Imaging Consultants | General Unsecured Account: | Not Filed | $0.00 | $0.00 | $0.00 |
| United Medical Group Llc | General Unsecured Account: | Not Filed | $0.00 | $0.00 | $0.00 |
| United Postal Service | General Unsecured Account: | $2,926.08 | $0.00 | $0.00 | $0.00 |
| Usps | General Unsecured Account: | Not Filed | $0.00 | $0.00 | $0.00 |
| Voicestream Wireless | General Unsecured Account: | Not Filed | $0.00 | $0.00 | $0.00 |
| Western Auto | General Unsecured Account: | Not Filed | $0.00 | $0.00 | $0.00 |
| Wexler & Wexler | General Unsecured Account: | Not Filed | $0.00 | $0.00 | $0.00 |
| Woodsmoke Condos | General Unsecured Account: | Not Filed | $0.00 | $0.00 | $0.00 |

TOTAL PAID TO CREDITORS:  $11,689.45

4.  Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | CONTINUING DEBT | TOTAL |
|---|---|---|---|---|---|
| Claim Amount | $7,647.50 | $12,914.25 | $28,503.58 | Continuing Debt | $49,065.33 |
| Principal Paid | $7,647.50 | $2,940.14 | $0.00 | $0.00 | $10,587.64 |
| Interest Paid | $1,101.81 | $0.00 | $0.00 | $0.00 | $1,101.81 |
| Scheduled Amount | $9,500.00 | $2,940.14 | $18,148.64 | $0.00 | $30,588.78 |

5.  The general unsecured creditors were scheduled to receive 0.00% of their filed and allowed claims.

6. Costs of Administration:
   The clerk was paid $0.00 for the filing fee.
   The debtor's attorney was allowed $3,335.48 and was paid $3,335.48.
   The trustee was paid $785.07 pursuant to 11 U.S.C. section 1302.
   Refunds to the debtor total $1,880.00

| | |
|---|---:|
| Total Receipts | $17,690.00 |
| Less Refunds to Debtor | $1,880.00 |
| TOTAL AMOUNT OF PLAN FUND | $15,810.00 |

   The trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully administered.

   WHEREFORE, the Trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

Date: June 14, 2008

/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
818 Grand Blvd., Ste. 800
Kansas City, MO 64106-1901

cc: Debtor
    Debtor's Attorney